1
2
3
4
5
6
7
8                          **UNITED STATES DISTRICT COURT**
9                          **CENTRAL DISTRICT OF CALIFORNIA**
10
11
12  JULIE ANN HYPES,                    )    NO. EDCV 11-00859-CW
                                        )
13                                      )
              Plaintiff,                )
14                                      )
         v.                             )    JUDGMENT
15                                      )
                                        )
16  MICHAEL J. ASTRUE,                  )
    Commissioner, Social Security       )
17  Administration,                     )
                                        )
18            Defendant.                )
                                        )
19
20       **IT IS ADJUDGED** that the decision of the Commissioner is affirmed.
21
22  DATED: April 17, 2012
23
24                                  _____
                                         CARLA M. WOEHRLE
25                                   United States Magistrate Judge
26
27
28